```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    U.S.A.                    :

        -V-                   :         # 12 CR 443 (JFK)

    Moreira                   :

                              :
------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-12

The conference is adjourned from September 19 to October 18, 2012 at 11:15 am. The time between September 19 and October 18, 2012 is excluded.

SO ORDERED.

Dated:   New York, New York

9-18-12

_____
JOHN F. KEENAN
United States District Judge